387 A.2d 666

**In re ESTATE of Constance CHIARA, Deceased.**

**Appeal of Joseph E. CHIARA.**

Supreme Court of Pennsylvania.

Argued May 22, 1978.
Decided June 23, 1978.

Leslie B. Handler, Harrisburg, for appellant.

Paul E. Clouser, Harrisburg, for appellee Gloria C. Murphy.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Decree, Pa., 359 A.2d 756, affirmed.

Each party to pay own costs.